July 15, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00085-CV

OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellant

V.

## JAMES BLAKE BRICKMAN, DAVID MAXWELL, J. MARK PENLEY, AND RYAN M. VASSAR, Appellees

Today, the Court heard Appellant's motion to dismiss this appeal. Having considered the motion, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.

Judgment Rendered July 15, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.